UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-53 |
| | ) | |
| MOUNTAIN AREA | ) | |
| COMMUNICATIONS, LLC, ET AL | ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 2, 2013, [Doc. 143], and the temporary receivers' Motion to Approve Fees, [Doc. 137]. In that Report and Recommendation, the Magistrate Judge recommends that the Motion of the Temporary Receivers for Approval of Fees, [Doc. 137], be GRANTED. The parties have not objected to the Report and Recommendation, and they have not responded to the latest motion for fees.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED, [Doc. 143], and that the receivers' fees be paid as set forth in that Report and Recommendation. Furthermore, the Motion to Approve Fees, is GRANTED. The fees shall be paid as set forth in Exhibits 7, 8 and 9 of the motion, [Doc. 137].

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE