UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-53 |
| | ) | |
| MOUNTAIN AREA COMMUNICATIONS, LLC, ET AL | ) ) | |

## REPORT AND RECOMMENDATION

This matter is before the United States Magistrate Judge for a report and recommendation regarding the Motion [Doc. 164] of the Receivers for approval of fees. There has been no opposition filed with respect to the Motion.

The Magistrate Judge has reviewed the instant Motion and supporting documents. After so doing, the Court is of the opinion that the requests are reasonable and necessary, and respectfully recommends payment of the following services and/or fees from the operating expenses of the respective entity for which such fees were incurred:

(1) Payment of fully paid subscriptions as outlined in Paragraph 10 of the Dissolution and Disbursement Report [Doc. 152];

(2) Fees and expenses of the Receivers and staff of Receivership Management as set forth in Collective Exhibits 2, 3, 4, 5, 6, 7 and 8 in the amount of $67,241.65;

(3) Fees and expenses for Lewis King as set forth in Collective Exhibit 9 in the

amount of $8,919.58.[1]

                                        Respectfully Submitted:

                                          s/ Dennis H. Inman
                                        United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).