UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

STATE OF TENNESSEE )
)
V. ) NO. 2:12-CV-53
)
MOUNTAIN AREA )
COMMUNICATIONS, LLC, ET AL )

REPORT AND RECOMMENDATION

This matter is before the United States Magistrate Judge for a report and recommendation regarding the Final Report on Status and Motion to Approve Fees [Doc. 166] of the Receivers. There has been no opposition filed with respect to the Motion.

The Magistrate Judge has reviewed the instant Motion and supporting documents. After so doing, the Court is of the opinion that the requests are reasonable and necessary, and respectfully recommends payment of the following services and/or fees from the operating expenses of the respective entity for which such fees were incurred:

(1) Fees and expenses of the Receivers and staff of Receivership Management as set forth in Collective Exhibit 2 in the amount of $6,074.68;

(2) Fees and expenses for Lewis King as set forth in Collective Exhibit 4 in the amount of $416.00;

(3) Post funds transfer reserve and post funds transfer expense estimates as set forth in Exhibit 3 in the amount of $13,534.00; and

(4) Payment of the amounts of $570,729 for APC and $911,539 for MAC to the

Tennessee Attorney General's office.

It is also recommended that the Receivers be granted approval to file the Final Notice with the Court closing the Receiverships and that the Receivers be discharged once this final work is done and the payments outlined have been made.[1]

                                                Respectfully Submitted:

                                                s/ Dennis H. Inman
                                                United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).