UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-53 |
| | ) | |
| MOUNTAIN AREA COMMUNICATIONS, LLC, ET AL | ) ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 20, 2013, [Doc. 167], and the temporary receivers' Final Report and Motion to Approve Fees, [Doc. 166]. In that Report and Recommendation, the Magistrate Judge recommends that the motion be GRANTED, the Receivers be granted approval to file the Final Notice with the Court and the Receivers be discharged once the final work is done and payments made. The parties have not objected to the Report and Recommendation, and they have not responded to the latest motion for fees.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED, [Doc. 167], and that the fees and services are to be paid as set forth in that Report and Recommendation. Furthermore, the Motion to Approve Fees, is GRANTED. The fees and services shall be paid as set forth in the exhibits to the motion, [Doc. 166]. Finally, the Receivers may file the Final

1

Notice. This notice will close the Receiverships, and the Receivers will be discharged once the final work is complete and the payments mentioned above have been made.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE